**William CHISM, an individual, Plaintiff—Appellant,**

v.

**Paris KALLAS, in her individual capacity; et al., Defendants—Appellees.**

No. 08–35193.

United States Court of Appeals, Ninth Circuit.

Submitted Aug. 11, 2008.*

Filed Aug. 19, 2008.

William Chism, Austin, TX, pro se.

Sara J. Olson, Office of the Washington Attorney General, Olympia, WA, for Defendants–Appellees.

---

\* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: CANBY, LEAVY and KLEINFELD, Circuit Judges.

MEMORANDUM \*\*

A review of the record, appellant's response to this court's order to show cause, and the parties' briefs, indicates that the questions raised in this appeal are so insubstantial as not to require further argument. *See United States v. Hooton,* 693 F.2d 857, 858 (9th Cir.1982) (per curiam) (stating standard). Accordingly, we summarily affirm the district court's judgment.

**AFFIRMED.**

---

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

